01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   UNITED STATES OF AMERICA,           )
                                          )   CASE NO. CR10-321-RSL
09           Plaintiff,                   )
                                          )
10   v.                                   )
                                          )   SUMMARY REPORT OF U.S.
11   NYABATURI JOYCE WAMBURA,             )   MAGISTRATE JUDGE AS TO
                                          )   ALLEGED VIOLATIONS
12           Defendant.                   )   OF SUPERVISED RELEASE
     _____  )
13

14           An initial hearing on supervised release revocation in this case was scheduled before me

15   on February 15, 2013.   The United States was represented by AUSA Ehren Reynolds for Vince

16   Lombardi and the defendant by Peter Avenia.   The proceedings were digitally recorded.

17           Defendant had been sentenced on or about April 1, 2011 by the Honorable Robert S.

18   Lasnik on a charge of Bank Fraud and sentenced to 18 months custody (consecutive to the six

19   month sentence for violation of supervised release in CR07-119 RSL, Dkt. 48), 5 years

20   supervised release.

21           The conditions of supervised release included the standard conditions plus the

22   requirements that defendant submit to search, participate in a mental health program, be

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  prohibited from gambling or entering a gambling establishment without permission, reside in a

02  RRC for up to 180 days, pay restitution in the amount of $22,490.44, provide access to financial

03  information as requested, maintain a single checking account for all financial transactions,

04  disclose all business interests, assets and liabilities, allow inspection of personal computer, be

05  prohibited from incurring new credit obligations or opening new lines of credit without

06  permission, refrain from self-employment or employment by friends or relatives or

07  employment for cash without permission, provide verification of employment, refrain from

08  possessing any identification in any but defendant's true identity, and not re-enter the United

09  States without permission.   (Dkt. 21.)

10          In an application dated November 28, 2012 (Dkt. 22, 23), U.S. Probation Officer

11  Christopher S. Luscher alleged the following violation of the conditions of supervised release:

12          1.        Failing to report to the probation office in the district to which she was released

13  within 72 hours of release from custody, in violation of the general condition directing her to do

14  so.

15          Defendant was advised in full as to the charge and as to her constitutional rights.

16          Defendant admitted the violation and waived any evidentiary hearing as to whether it

17  occurred.

18          I therefore recommend the Court find defendant violated her supervised release as

19  alleged, and that the Court conduct a hearing limited to the issue of disposition.  The next

20  hearing will be set before Judge Lasnik.

21  / / /

22  / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01          Pending a final determination by the Court, defendant has been detained.

02          DATED this 15th day of February, 2013.

03

                                                          Mary Alice Theiler
04                                                        United States Magistrate Judge

05

06

07

08    cc:    District Judge:              Honorable Robert S. Lasnik
             AUSA:                        Ehren Reynolds, Vince Lombardi
09           Defendant's attorney:        Peter Avenia
             Probation officer:           Christopher S. Luscher

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3